COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Ramesh Kapur d/b/a AIC Management v. Steven Engelhardt and Engelhardt Law, PLLC

Appellate case number: 01-19-00714-CV

Trial court case number: 2017-56784

Trial court: 207th District Court of Harris County

On December 10, 2019, the Court dismissed this appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 5, 20.1, 42.3(c); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Appellant, however, paid the required fees on December 10, 2019. Accordingly, we withdraw the Court's memorandum opinion and judgment in the above-referenced appeal issued on December 10, 2019 and reinstate the case on the Court's active docket. *See Univ. of Tex. Health Sci. Ctr. v. Gutierrez*, 237 S.W.3d 869, 870 (Tex. App.—Houston [1st Dist.] 2007, pet. denied) (withdrawing opinion and judgment sua sponte within Court's plenary power); *see also* TEX. R. APP. P. 19.1 ("Plenary Power of Courts of Appeals").

The record is due on December 13, 2019. *See* TEX. R. APP. P. 35.1.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss_____
☑ Acting individually ☐ Acting for the Court

Date: December 12, 2019